# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 10, 2011

No. 10-60577

Lyle W. Cayce
Clerk

ELAINE SEID,

Plaintiff–Appellant

v.

UNIVERSITY OF MISSISSIPPI MEDICAL CENTER; DIANE DUKES, individually and in her official capacity; JOHN DOES, 1-10,

Defendants–Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:07-CV-442

Before REAVLEY, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Elaine Seid appeals the district court's Judgment dismissing her complaint with prejudice. We have reviewed the briefs, pertinent portions of the record, and the applicable law. We find no error in the district court's dismissal and we AFFIRM for essentially the reasons stated by the district court in its thorough opinion.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.